# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:                                  CHAPTER 13

    KELLY ANN WACHTER         BANKRUPTCY NO. 19-51156

    Debtor

## CREDIT ACCEPTANCE CORPORATION OBJECTION TO AMENDED PLAN CONFIRMATION

Comes Credit Acceptance Corporation, a creditor herein with 2004 Ford F350 VIN: 1FTWW32P54EB96515 as its collateral, by counsel, and for its Objection to Confirmation states as follows:

**Previous Objection**. Creditor previously objected because their claim was not included in the original plan.

**Terms of the Plan**. Creditor's claim is listed in paragraph 3.1 and paragraph 3.3. Creditor objects as it is unclear how the claim will be paid and therefore objects.

Reimer Law Co.

By: /s/ C. Wesley Pagles
C. Wesley Pagles (#96817)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

C19-3580   CWP/:CWP

## **CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:

    Office of the U.S. Trustee at (registered address)@usdoj.gov

    Beverly M. Burden on behalf of the Chapter 13 Trustee's office at notices@ch13edky.com

    Brian T. Canupp, Esq. on behalf of Kelly Ann Wachter, Debtor, at

    And by separate envelope by regular U.S. mail, postage prepaid, to:

Kelly Ann Wachter, Debtor
265 N. Church Street
Cynthiana, KY 41031


Reimer Law Co.


By: /s/ C. Wesley Pagles
C. Wesley Pagles (#96817)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com