**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:
KELLY ANN WACHTER
DEBTOR                                                                                       CASE NO. 19-51156

AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED amended plan filed October 2, 2019, Doc. 55

1. The plan is not feasible. Secured claims plus administrative expenses will not be paid in full within 60 months. The Debtor must amend the plan as necessary, such as by increasing plan payments, re-amortizing secured claims, or taking other appropriate action.

2. The Trustee estimates a pool amount of approximately $27,190.00 may be required to present a confirmable plan. The plan

3. The Debtor may receive bonus income during the plan and included a nonstandard provision in the plan. The provision lacks a few required details. Amend the provision to state the month(s) in which bonus income is historically paid and state specifically that the amount paid toward the plan is calculated from the *gross* bonus income.

Beverly M. Burden, Chapter 13 Trustee

By:    /s/ Cheryl E. James
Cheryl E. James,
Attorney for Trustee
Ky. Bar ID:  88883
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on Brian T. Canupp, Esq. on October 24, 2019.

    Beverly M. Burden, Chapter 13 Trustee

By:    /s/ Cheryl E. James
       Cheryl E. James,
       Attorney for Trustee